# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FAITH MCCULLOCH,** | |
| **Plaintiff,** | |
| v. | Case No.: 2:20-cv-02131-DDC-ADM |
| **PCS, INCORPORATED,** | |
| **Defendant.** | |

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Please take notice that Plaintiff, Faith McCulloch, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal of all claims in this action against PCS, Incorporated, with prejudice, with all parties to bear its/their own fees and costs.

**AGREED TO BY:**

**FOULSTON SIEFKIN LLP**

By: */s/ Vaughn Burkholder*
  Vaughn Burkholder, #11458
  32 Corporate Woods, Suite 600
  9225 Indian Creek Parkway
  Overland Park, KS 66210
  (913) 498-2100 Phone
  (913) 498-2101 Fax
  vburkholder@foulston.com

*ATTORNEY FOR DEFENDANT*

**THORNBERRY BROWN, LLC**

By: */s/ Stephen C. Thornberry*
  Randall W. Brown KS# 17905
  Stephen C. Thornberry KS# 17494
  4550 Main Street, Suite 205
  Kansas City, Missouri 64111
  (816) 531-8383 Phone
  (816) 531-8385 Fax
  randy@thornberrybrown.com
  steve@thornberrybrown.com

2

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of August 2020, I electronically filed the foregoing by using the Court's CM/ECF system, which will send email notification of electronic filing to counsel for all parties of record.

                              */s/ Vaughn Burkholder*
                              Vaughn Burkholder